UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

GLOBAL ASSOCIATION OF RISK
PROFESSIONALS, INC.,

                        Plaintiff,

                                                                              22-mc-128 (PKC)

      -against-                                                     ORDER

GLOBAL INSTITUTE OF FINANCIAL
PROFESSIONALS,

                        Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        On April 1, 2022, in the Eastern District of Virginia, Plaintiff Global Association of Risk Professionals filed a motion compelling non-party individual P. Jay Hines to comply with the Plaintiff's subpoena. (ECF 1). The motion also sought discovery sanctions and requested the motion be transferred to this District. (Id.). On April 29, 2022, the motion was transferred to this District as the underlying case 21 Civ. 5207 was pending before this Court. (ECF 17). On May 16, 2023, the Court entered a stipulated permanent injunction and dismissal of counterclaims in the underlying case. (21 Civ. 5207, ECF 165). There have been no further filings in this case, 22-mc-128. The Clerk of Court is respectfully requested to close this case.

        SO ORDERED.

                                                                  P. Kevin Castel
                                                          United States District Judge

Dated:  New York, New York
        April 4, 2024